**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-6451**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

STERLING VERNARD GREEN,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Florence. Terry L. Wooten, Senior District Judge.  (4:06-cr-01322-TLW-4)

─────────────

Submitted:  August 23, 2022                    Decided:  August 26, 2022

─────────────

Before GREGORY, Chief Judge, HEYTENS, Circuit Judge, and KEENAN, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Sterling Vernard Green, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sterling Vernard Green appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Green's motion. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm for the reasons stated by the district court. *United States v. Green*, No. 4:06-cr-01322-TLW-4 (D.S.C. Apr. 1, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*